FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-0950
_____

AZFAR MIAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

September 15, 2021

PER CURIAM.

The Court denies the amended petition for belated appeal on the merits.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard L. Rosenbaum of the Law Offices of Richard Rosenbaum, Fort Lauderdale, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.